# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANDY HILAIRE, individually and on behalf of all others similarly situated, | ) ) ) | CIVIL ACTION |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 2:25-cv-881 |
| MINDFUL CARE, INC., | ) ) ) | |
| *Defendant*. | ) ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

COMES NOW, Plaintiff Andy Hilaire, by and through the undersigned counsel, who, in accordance with FCRP 41(a)(1)(A)(i), voluntarily dismisses, *with prejudice*, the above-captioned matter and all claims against Defendant Mindful Care. Neither an answer nor a motion for summary judgment has been filed in this matter.

Dated: September 8, 2025               Respectfully Submitted,

                                      By: */s/ David S. Almeida*
                                      David S. Almeida
                                      New York Bar No. 3056520
                                      Elena A. Belov
                                      New York Bar No. 4080891
                                      ALMEIDA LAW GROUP LLC
                                      849 W. Webster Avenue
                                      Chicago, Illinois 60614
                                      Ph: (312) 576-3024
                                      david@almeidalawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of September 2025, a copy of the foregoing was served on all counsel of record through operation of the Court's CM/ECF filing system and/or through electronic mail.

                                    */s/ David S. Almeida*
                                    David S. Almeida